# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-25-5256-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** **E2372099** **Location Code: M13** |
| **vs.** | |
| **JOEL D. SOLBERG,** | **ORDER** |
| **Defendant.** | |

Based upon the United States' motion to dismiss violation E2372099 and for good cause shown, **IT IS ORDERED** that violation E2372099 is **DISMISSED WITHOUT PREJUDICE**.  **IT IS FURTHER ORDERED** that the bench trial scheduled for March 26, 2026, is **VACATED.**

DATED this 2nd day of March 2026.

John Johnston
United States Magistrate Judge